**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Veronica L. Duffy United States Magistrate Judge Presiding

Courtroom Deputy – RMM
Courtroom – SF #3
Probation – Roy Weber

Court Reporter – FTR
Date – August 20, 2026

4:26-cr-40050-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS DOEDEN,<br><br>Defendant. | Connie Larson<br>*for Elizabeth Ebert-Webb*<br><br><br><br><br>Amanda Kippley |

TIME HEARING SCHEDULED TO BEGIN: 9:30 AM

TIME:

9:32 AM Enter initial appearance and arraignment on Indictment.

Counsel note their appearance for the record.

Government reads the charges in the Indictment and possible maximum penalties.

The Court advises Defendant of statutory and constitutional rights.

**Oral Order:** Based on Defendant's *Financial Affidavit*, the Federal Public Defender is appointed as counsel.

The Court enters a 'not guilty' plea on behalf of Defendant to the charges contained in the Indictment.

9:43 AM Detention hearing commences.

Attorney Kippley argues for release.
Attorney Larson argues for detention.

Court orders that Defendant be remanded to custody of the U.S. Marshals Service.

9:49 AM Court is adjourned.